1
2
3
4
5

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

6

7   | MICHAEL V. ONEAL,                          | Civil No. 3:20-CV-06161-RSM

8   |           Plaintiff,

9   |     vs.                                    | ORDER

10  | COMMISSIONER OF SOCIAL SECURITY,

11  |           Defendant.

12      Based on Defendant's Motion, it is hereby ORDERED that the Answer due date shall be

13  amended as follows:

14      Defendant shall have up to and including March 31, 2021, to file a response to Plaintiff's

15  Complaint, including the certified administrative record. If the certified administrative record

16  becomes available to the Office of the General Counsel before the aforementioned date, the

17  record may be filed earlier, if feasible.

18      If the Commissioner is unable to file the certified administrative record by that date, the

19  Commissioner shall file another motion for extension every 28 days until the certified

20  administrative record becomes available.

21      DATED this 26th day of February, 2021.

22
23
24

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Page 1      ORDER - [3:20-CV-06161-RSM]

1

Presented by:

2

s/ Justin L. Martin

3

JUSTIN L. MARTIN
Special Assistant United States Attorney

4

Office of the General Counsel
Social Security Administration

5

701 Fifth Avenue, Suite 2900 M/S 221A
Seattle, WA 98104-7075

6

Telephone:  (206) 615-3735
Fax:  (206) 615-2531

7

justin.l.martin@ssa.gov

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24